AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.  5 - 3 1 7

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____14____ COPIES OF AO FORM 85.

5/20/05
(Date forms issued)

(Signature of Party or their Representative)

FRANK JOYCE (FRANK JOYCE) PARCELS INC.
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action