AO 440 (Rev. 08/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

BRENT W. KLOS, Individually And On Behalf
of All Others Similarly Situated

                    Plaintiff,

vs.

MOLSON COORS BREWING COMPANY,
PETER H. COORS, W. LEO KIELY III, CHARLES M.
HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT,
PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES,
TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and
PETER M.R. KENDALL,

                    Defendants.

**SUMMONS IN A CIVIL CASE**

Case Number: 05 - 317

TO:   PETER SWINBURN
       MOLSON COORS BREWING COMPANY
       c/o The Corporation Service Company
       2711 Centerville Road, Suite 411
       Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Seth D. Rigrodsky (DSBA #3147)
    Ralph N. Sianni (DSBA #4151)
    Brian D. Long (DSBA #4347)
    MILBERG WEISS BERSHAD & SCHULMAN LLP
    919 N. Market St., Suite 411
    Wilmington, DE 19801
    Telephone: (302) 984-0597; Facsimile: (302) 984-0870

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____      5/20/05
CLERK                                           DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 08/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5-23-05 |
| NAME OF SERVER *(PRINT)* Robert Bower | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Registered Agent Corporation Service Company 2711 Centreville Rd St. 400 Wilmington DE 19808 At 3⁴⁵ Person Served Mary Drummond

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-23-05
          Date

Signature of Server: Robert Bower
Address of Server: 4 E 7th Street Wilmington DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DOCS\283276v1