O 440 (Rev. 08/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

BRENT W. KLOS, Individually And On Behalf
of All Others Similarly Situated

SUMMONS IN A CIVIL CASE

Plaintiff,

vs.

Case Number: 0 5 - 3 1 7

MOLSON COORS BREWING COMPANY,
PETER H. COORS, W. LEO KIELY III, CHARLES M.
HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT,
PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES,
TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and
PETER M.R. KENDALL,

Defendants.

TO:    FRANKLIN W. HOBBS
       MOLSON COORS BREWING COMPANY
       c/o The Corporation Service Company
       2711 Centerville Road, Suite 411
       Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Seth D. Rigrodsky (DSBA #3147)
Ralph N. Sianni (DSBA #4151)
Brian D. Long (DSBA #4347)
MILBERG WEISS BERSHAD & SCHULMAN LLP
919 N. Market St., Suite 411
Wilmington, DE 19801
Telephone: (302) 984-0597; Facsimile: (302) 984-0870

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____
CLERK

_5/20/05_____
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 08/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5-23-05 |
| NAME OF SERVER *(PRINT)* Robert Bower | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Served Registered Agent The Corporation Service Company, 2711 Centreville Rd St 400 Wilmington DE 19808 at 3:45pm Person Served MARY Drummond

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| Travel | Services | Total |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-23-05
Date

Signature of Server

4 E 7th Street
Wilm DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DOCS\283265v1