UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| BRENT W. KLOS, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERRINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M. R. KENDALL,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION No. 1.05-CV-00317-KAJ<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

WHEREAS the parties to this action anticipate that a motion to consolidate this action with two other actions pending before this Court, to wit *Silver v. Molson Coors Brewing Co., et al.*, Civil Action No. 1.05-CV-00324-KAJ, and *Drywall Acoustic Lathing and Insulation Local 675 Pension Fund v. Molson Coors Brewing Co., et al.*, Civil Action No. 1.05-CV-00294-KAJ, will be submitted for the consideration of the Court, and

WHEREAS the parties to the two actions designated above are entering stipulations containing provisions substantially similar to the provisions of this stipulation, and

WHEREAS the parties anticipate that, if the Court consolidates this action with the two actions designated above, a consolidated complaint will be filed or designated,

NOW THEREFORE, it is hereby STIPULATED AND AGREED among the parties, subject to the approval of the Court, as follows:

1. All defendants shall answer, move or otherwise respond to the consolidated complaint within forty-five days of the filing or designation thereof.

2. The defendants need not answer, move or otherwise respond to the complaint in this action, unless the Court denies a motion to consolidate this action with the two actions designated above, in which case all defendants shall answer, move or otherwise respond to the complaint in this action within forty-five days of the Court's order denying such motion to consolidate.

| | |
|---|---|
| /s/ Seth D. Rigrodsky (#3147) | /s/ John D. Hendershot (#4178) |
| Seth D. Rigrodsky (#3147) | Charles F. Richards, Jr. (#701) |
| *srigrodsky@milbergweiss.com* | *richards@rlf.com* |
| Ralph N. Sianni (#4151) | Jeffrey L. Moyer (#3309) |
| *rsianni@milbergweiss.com* | *moyer@rlf.com* |
| Brian D. Long (#4347) | John D. Hendershot (#4178) |
| *blong@milbergweiss.com* | *hendershot@rlf.com* |
| Milberg Weiss Bershad & Schulman LLP | Richards, Layton & Finger, P.A. |
| 919 North Market Street, Suite 411 | One Rodney Square, P.O. Box 551 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19899-0551 |
| (302) 984-0597 | (302) 651-7700 |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED this ___ day of _____ 2005.

_____
United States District Judge