UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 1:05-cv-00294-KAJ<br><br>CLASS ACTION |
| BRENT W. KLOS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 1:05-cv-00317-KAJ<br><br>CLASS ACTION |

[Caption continued on following page.]


DECLARATION OF CARMELLA P. KEENER IN SUPPORT OF MOTION OF
PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
ITS SELECTION OF LEAD AND LIAISON COUNSEL

| | |
|---|---|
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated,            )<br>)<br>)<br>Plaintiff,       )<br>)<br>vs.       )<br>)<br>MOLSON COORS BREWING COMPANY, et al.,        )<br>)<br>)<br>Defendants.       )<br>)<br>) | Civil Action No. 1:05-cv-00324-KAJ<br><br><u>CLASS ACTION</u> |

I, Carmella P. Keener, declare as follows:

1. I am a member of the bar of the State of Delaware and of the law firm of Rosenthal, Monhait, Gross & Goddess, P.A. ("Rosenthal Monhait"), proposed Liaison Counsel for plaintiff and the class. I make this declaration in support of the Motion of Plumbers & Pipefitters National Pension Fund for Consolidation, Appointment Lead Plaintiff and Approval of Its Selection of Lead and Liaison Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of Pendency of Class Action published by *Business Wire*, a national business-oriented wire service, dated May 16, 2005;

Exhibit B: Sworn Certification of Plumbers & Pipefitters National Pension Fund;

Exhibit C: Chart of Plumbers & Pipefitters National Pension Fund's Purchases and Losses; and

Exhibit D: Lerach Coughlin Stoia Geller Rudman & Robbins LLP Firm Resume.

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing is true and correct. Executed this 12th day of July, 2005, at Wilmington, Delaware.

          /s/ Carmella P. Keener
CARMELLA P. KEENER (#2810)
ROSENTHAL, MONHAIT, GROSS
    & GODDESS, P.A.
Citizens Bank Center, Suite 1401
919 North Market Street
Wilmington, DE 19801
Telephone: 302/656-4433
302/658-7567 (fax)
ckeener@rmgglaw.com

S:\CasesSD\molson Coors\DEC00022601.doc

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 12h day of July, 2005, I electronically filed DECLARATION OF CARMELLA P. KEENER IN SUPPORT OF MOTION OF PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD AND LIAISON COUNSEL with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

| | |
|---|---|
| John D. Hendershot<br>Richard, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899 | Seth D. Rigrodsky<br>Ralph D. Sianni<br>Brian D. Long<br>Milberg Weiss Bershad & Schulman LLP<br>919 North Market Street, Suite 441<br>Wilmington, DE 19801 |
| Paul A. Fioravanti, Jr.<br>Prickett, Jones & Elliott, P.A.<br>1301 King Street, P.O. Box 1328<br>Wilmington, DE 19899 | |

In addition, the undersigned counsel has caused copies of the foregoing documents to be electronically sent to the following:

| | |
|---|---|
| Charles J. Piven<br>Law Offices of Charles J. Piven, P.A.<br>The world Trade Center-Baltimore<br>401 East Pratt Street, Suite 2525<br>Baltimore, MD 21202 | Michael A. Swik<br>Law Offices of Michael A. Swick, PLLC<br>One Williams Street, Suite 900<br>New York, NY 10004 |
| Elise J. Cohen<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>9601 Wilshire Blvd, Ste. 510<br>Los Angeles, CA 90210 | William S. Lerach<br>Darren J. Robbins<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>401 B Street, Suite 1600<br>San Diego, CA 92101 |

| | |
|---|---|
| Steven G Schulman<br>Peter E. Seidman<br>Andrei V. Rado<br>Milberg Weiss Bershad & Schulman LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 | Eric J. Belfi<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016 |
| Norman M. Monhait<br>Carmella P. Keener<br>Rosenthal, Monhait, Gross & Goddess, P.A.<br>Mellon Bank Center, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19801 | Marc A. Topaz<br>Richard A. Maniskas<br>Tamara Skvirsky<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 |
| Stephen A. Weiss<br>Eric T. Chaffin<br>Seeger Weiss LLP<br>1 William Street<br>New York, NY 10014-2502 | |

             /s/ Carmella P. Keener
         Carmella P. Keener (DSBA No. 2810)
         ROSENTHAL, MONHAIT, GROSS
          & GODDESS, P.A.
         919 N. Market Street, Suite 1401
         Wilmington, DE 19801
         (302) 656-4433
         ckeener@rmgglaw.com