# EXHIBIT A

# EXHIBIT A



CORRECTING and REPLACING Milberg Weiss Announces the Filing of a Class Action Suit against Molson Coors Brewing Company and Certain of Its Officers and Directors, and the Officers and Directors of The Adolph Coors Company, on Behalf of ...

972 words

16 May 2005

10:49

Business Wire

English

(c) 2005  Business Wire. All Rights Reserved.

NEW YORK - (BUSINESS WIRE) - May 16, 2005 - Second graph, first sentence of release dated May 13, 2005 should read: If you are a member of the class, as defined above, and sustained damages, you may, no later than July 12, 2005, request that the Court appoint you as lead plaintiff (sted If you are a member of the class, as defined above, and sustained damages, you may, no later than July 13, 2005, request that the Court appoint you as lead plaintiff).

The corrected release reads:

MILBERG WEISS ANNOUNCES THE FILING OF A CLASS ACTION SUIT AGAINST MOLSON COORS BREWING COMPANY AND CERTAIN OF ITS OFFICERS AND DIRECTORS, AND THE OFFICERS AND DIRECTORS OF THE ADOLPH COORS COMPANY, ON BEHALF OF INVESTORS

The law firm of Milberg Weiss Bershad & Schulman LLP announces that a class action lawsuit was filed on May 13, 2005, on behalf of: (i) former shareholders of Molson Inc. ("Molson") who received shares of Molson Coors Brewing Company ("Molson Coors" or the "Company") (NYSE: TAP) as a result of the February 9, 2005 merger of Molson by and into the Adolph Coors Company ("Coors"); (ii) open market purchasers of the common stock of Coors from July 22, 2004 to February 9, 2005, inclusive; and (iii) open market purchasers of the common stock of the Company, following completion of the merger between Molson and Coors on or about February 9, 2005 to April 27, 2005, inclusive, and who were damaged by the decline in the Company's stock. Plaintiff is seeking remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

If you are a member of the class, as defined above, and sustained damages, you may, no later than July 12,

2005, request that the Court appoint you as lead plaintiff. A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Under certain circumstances, one or more class members may together serve as "lead plaintiff." Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. You may retain Milberg Weiss Bershad & Schulman LLP, or other counsel of your choice, to serve as your counsel in this action.

The action is pending in the United States District Court for the District of Delaware against the Company, Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes and Peter M.R. Kendall. A copy of the complaint filed in this action is available from the Court and can be retrieved using the case number (05-294), or can be viewed on Milberg Weiss's website at:   http://www.milbergweiss.com

The complaint alleges that in order to get the necessary shareholder approval for the merger between Coors and Molson, defendants failed to disclose, in press releases and Proxy Statement(s), that: (i) At the time the merger closed on or about February 9, 2005, which was well into the first fiscal quarter of 2005, Coors was not operating according to plan and had experienced material adverse changes in its business; and (ii) at the time of the merger, defendants had violated the terms of the merger agreement and Proxy/Prospectus by failing to disclose that Coors's business was being, and foreseeably would continue to be, adversely impacted by conditions that were causing Coors to perform well below plan and consensus estimates. Defendants concealed these material facts because it enabled them to effectuate the merger in a manner that allowed the relatives and heirs of the Coors and Molson families to dominate the combined Company, as detailed in the complaint.

On April 28, 2005, only weeks after the merger closed, before the open of trading, defendants published a release announcing disappointing results for the Company's first quarter of 2005. Immediately following publication of this release, shares of the Company fell precipitously, almost $14.50 per share, to $63.00 per share, a decline of almost 20%, a testament to investors' surprise and disappointment in the results. The same day, defendant O'Neill resigned from his post as Chair of Office of Synergies and Integration, taking with him $4.8 million as a severance payment.

Milberg Weiss Bershad & Schulman LLP (  http://www.milbergweiss.com  ) is a firm with over 100 lawyers with offices in New York City, Los Angeles, Boca Raton, Delaware, Seattle and Washington, D.C. and is active in major litigations pending in federal and state courts throughout the United States. Milberg Weiss has taken a leading role in many important actions on behalf of defrauded investors, consumers, and others for nearly 40 years. Please contact the Milberg Weiss website for more information about the firm. If you wish to discuss this action with us, or have any questions concerning this notice or your rights and interests with regard to the case,

please contact the following attorneys:

```
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
One Pennsylvania Plaza, 49th fl.
New York, NY, 10119-0165
Phone number: (800) 320-5081
Email: sfeerick@milbergweiss.com


Website:    http://www.milbergweiss.com
*T
```

Milberg Weiss Bershad & Schulman LLPSteven G. Schulman, Peter E. Seidman or Andrei V. Rado800-320-

5081sfeerick@milbergweiss.com  http://www.milbergweiss.com


Document BWR0000020050516e15g005y5

# EXHIBIT B

# EXHIBIT B

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. (a) During the three years prior to the date of this Certificate, Plaintiff has served as a lead plaintiff for a class in the following actions filed under the federal securities laws:

*In re Tyco International Ltd. Sec. Litig.*, No. 02-1335-B (D.N.H.)
*Schwartz v. TXU Corp., et al.*, No. 3:02-CV-2243-K (N.D. Tex.)
*Haddon v. CYTYC Corp., et al.*, No. 02-CV-12399 (D. Mass.)
*In re AES Corp. Sec. Litig.*, No. 03-194, 284-LJM (S.D. Ind.)

(b) During the three years prior to the date of this Certificate, Plaintiff has served or is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*In re Healthsouth Corporation Sec. Litig.*, No. CV-03-BE-1500-S (N.D. Ala.)
*Showers v. Pfizer, Inc., et al.*, No. 04-CV-9866-RO (S.D.N.Y.)
*Moore v. Halliburton Company, et al.*, No. 3:02-CV-1152-M (N.D. Tex.)

(c)  Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws, but either withdrew its application or its application was denied in favor of other investors with more significant losses:

*In re Activision Sec. Litig.*, No. CV-04-1501-PA(Ex) (C.D. Cal.)
*In re Williams Sec. Litig.*, No. 02-CV-72-H(M) (N.D. Okla.)
*Wollrab v. Siebel Systems, Inc.*, No. 04-CV-00983-CRB (N.D. Cal.)
*Ulmer v. NBTY, Inc., et al.*, No. CV-04-2619 (E.D.N.Y.)
*Feder v. American International Group, Inc., et al.*, No. 04-CV-8141 (S.D.N.Y.)

6.  The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12 day of July, 2005.

PLUMBERS AND PIPEFITTERS
NATIONAL PENSION FUND

By: _____

Its: _____

SCHEDULE A

SECURITIES TRANSACTIONS

Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 03/28/2005 | 57,350 | $77.79 |

# EXHIBIT C

# EXHIBIT C

Movant's Purchases and Losses

Molson Coors Brewing Company

| Name | Date | Shares Purchased | Share Price | Total Cost | Date held | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Plumbers and Pipefitters National Pension Fund | 03/28/2005 | 57,350 | $77.79 | $4,461,485.90 | held | 57,350 | $60.34 | $3,460,667.68 | |
| **Movant's Total** | | 57,350 | | $4,461,485.90 | | 57,350 | | $3,460,667.68 | ($1,000,818.22) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $60.34 as of July 11, 2005.