# CERTIFICATE OF SERVICE

I, Ralph Sianni, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the following document to be electronically filed with the Clerk of Court using CM/ECF, and to be served by First Class U.S. Mail to all parties listed on the attached service list on this 12th day of July 2005.

**DECLARATION OF RALPH SIANNI IN SUPPORT OF THE MOTION OF THE MOLSON COORS INVESTORS GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL.**

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
919 N. Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

**Molson Coors Brewing Company**

**SERVICE LIST**

*Counsel for Plaintiffs:*

| | |
|---|---|
| Eric J. Belfi<br>**MURRAY FRANK & SAILER LLP**<br>275 Madison Avenue<br>New York, NY 10016<br>Tel.: (212) 682-1818<br>Fax: (212) 682-1892 | Stephen A. Weiss<br>Eric T. Chaffin<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY 10004<br>Tel.: (212) 584-0700<br>Fax: (212) 584-0799 |
| Charles J. Piven<br>**LAW OFFICES OF CHARLES J. PIVEN, P.A.**<br>The World Trade Center-Baltimore,<br>401 East Pratt Street, Suite 2525,<br>Baltimore, MD 21202<br>Tel.: (410) 986-0036 | Michael Swick<br>**LAW OFFICES OF MICHAEL A. SWICK**<br>One William Street, Ste. 555<br>New York, NY 10004<br>Tel.: (212) 920-4310<br>Fax: (212) 584-0799 |
| Gary F. Traynor<br>Paul Anthony Fioravanti, Jr.<br>**PRICKETT, JONES & ELLIOT, P.A.**<br>1310 King Street<br>Wilmington, DE 19801<br>Tel.: (302) 888-6326 | Marc A. Topaz<br>Richard Maniskas<br>Tamara Skvirsky<br>**SCHIFFRIN & BARROWAY**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel.: (610) 667-7706 |

*Counsel for Defendants:*

John Douglas Hendershot
**RICHARDS, LAYTON & FINGER**
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Tel.: (302) 658-6541