## CERTIFICATE OF SERVICE

I, Ralph Sianni, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that on this 18th day of July, 2005, I caused a true and correct copy of the following document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

<u>Counsel for Defendants</u>

John Douglas Hendershot
ichards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: hendershot@rlf.com

Counsel for Movant Plumbers
<u>& Pipefitters National Pension Fund</u>

Carmella P. Keener
Rosenthal, Monhait, Gross & Goddess
Citizens Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Email: CKeener@rmgglaw.com

and I also caused the following document to be served by First Class U.S. Mail to all parties listed on the attached service list.

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1.
CONCERNING THE MOTION OF MOLSON COORS INVESTORS
GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
919 N. Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

Molson Coors Brewing Company
**SERVICE LIST**

*Counsel for Plaintiffs:*

Eric J. Belfi
**MURRAY FRANK & SAILER LLP**
275 Madison Avenue
New York, NY 10016
Tel.: (212) 682-1818
Fax: (212) 682-1892

Charles J. Piven
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center-Baltimore,
401 East Pratt Street, Suite 2525,
Baltimore, MD 21202
Tel.: (410) 986-0036

Gary F. Traynor
Paul Anthony Fioravanti, Jr.
**PRICKETT, JONES & ELLIOT, P.A.**
1310 King Street
Wilmington, DE 19801
Tel.: (302) 888-6326

Elise J. Cohen
**LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP**
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
310.859.3100 (Tel)
310.278.2148 (Fax)

Stephen A. Weiss
Eric T. Chaffin
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

Michael Swick
**LAW OFFICES OF MICHAEL A. SWICK**
One William Street, Ste. 555
New York, NY 10004
Tel.: (212) 920-4310
Fax: (212) 584-0799

Marc A. Topaz
Richard Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706

William S. Lerach
Darren J. Robbins
**LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP**
401 B Street, Suite 1600
San Diego, CA 92101
619.231.1058 (Tel)
619.231.7423 (Fax)