IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERRINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M. R. KENDALL,<br><br>Defendants. | CIVIL ACTION No. 1:05-CV-00294-KAJ |

[Caption continues on next page]

### DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION AND FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD PLAINTIFF'S COUNSEL

**WILLKIE FARR & GALLAGER LLP**
Michael R. Young
Antonio Yanez, Jr.
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000

**RICHARDS, LAYTON & FINGER, P.A.**
Charles F. Richards, Jr. (#701)
Jeffrey L. Moyer (#3309)
John D. Hendershot (#4178)
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899-0551
(302) 651-7700

**Counsel for Defendants**

RLF1-2902192-1

| | |
|---|---|
| BRENT W. KLOS, Individually And On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v )<br>)<br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERRINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M. R. KENDALL, )<br>)<br>Defendants. ) | CIVIL ACTION No. 1:05-CV-00317-KAJ |
| DAVID SILVER, Individually And On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v )<br>)<br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERRINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M. R. KENDALL, )<br>)<br>Defendants. ) | CIVIL ACTION No. 1:05-CV-00324-KAJ |

RLF1-2902192-1

## DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION AND FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD PLAINTIFF'S COUNSEL

Defendants Molson Coors Brewing Company, Peter H Coors, W. Leo Keily III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes and Peter M.R. Kendall (collectively "Defendants") in the three above-captioned actions hereby respond to (1) the Motion of Plumbers and Pipefitters National Pension Fund for Consolidation, Appointment as Lead Plaintiff, and Approval of its Selection of Lead and Liaison Counsel (Dkt No 16), and (2) the Motion of the Molson Coors Investors Group for Consolidation, Appointment as Lead Plaintiff, and for Approval of Its Selection of Lead Counsel (Dkt No 19), as follows:

1. Defendants do not object to consolidation of the three above-captioned actions

2. Defendants take no position as between the competing motions for appointment as lead plaintiff and for approval of selection of lead counsel.

| | |
|---|---|
| Of Counsel. | /s/ John D. Hendershot |
| Michael R. Young | Charles F. Richards, Jr. (#701) |
| Antonio Yanez, Jr. | *richards@rlf.com* |
| Willkie Farr & Gallagher LLP | Jeffrey L. Moyer (#3309) |
| 787 Seventh Avenue | *moyer@rlf.com* |
| New York, NY 10019-6099 | John D. Hendershot (#4178) |
| (212) 728-8000 | *hendershot@rlf.com* |
| | Richards, Layton & Finger, P.A. |
| | One Rodney Square, P.O. Box 551 |
| | Wilmington, Delaware 19899-0551 |
| Dated: July 26, 2005 | (302) 651-7700 |
| | Attorneys for Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Keily III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes and Peter M.R. Kendall |

RLF1-2902192-1

## CERTIFICATE OF SERVICE

I, John D. Hendershot, hereby certify that on July 26, 2005, I electronically filed the foregoing "Defendants' Response to Motions for Consolidation and for Appointment of Lead Plaintiffs and Lead Plaintiffs' Counsel" with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Gary F. Traynor  
Paul A. Fioravanti, Jr.  
Prickett, Jones & Elliott, P.A.  
1310 N. King Street  
Wilmington, DE 19801

Norman M. Monhait  
Carmella P. Keener  
Rosenthal, Monhait, Gross & Goddess, P.A.  
919 North Market Street, Suite 1401  
Wilmington, DE 19801

Seth D. Rigrodsky  
Ralph N. Sianni  
Milberg Weiss Bershad & Schulman LLP  
919 North Market Street, Suite 411  
Wilmington, DE 19801

I further certify that on July 26, 2005, the foregoing document was sent to the following non-registered participants by First Class U.S. Mail.

Eric J. Belfi  
Murray Frank & Sailer LLP  
275 Madison Avenue  
New York, NY 10016

Charles J. Piven  
Law Offices of Charles J. Piven, P.A.  
World Trade Center - Baltimore  
401 East Pratt Street, Suite 2525  
Baltimore, MD 21202

Stephen A. Weiss  
Eric T. Chaffin  
Seeger Weiss LLP  
One William Street  
New York, NY 10004

Michael Swick  
Law Offices of Michael A. Swick  
One William Street, Suite 555  
New York, NY 10004

**(List continues on next page)**

| | |
|---|---|
| Marc A. Topaz<br>Richard Maniskas<br>Tamara Skvirsky<br>Schiffrin & Barroway<br>280 King of Prussia Road<br>Radnor, PA 19087 | William S. Lerach<br>Darren J. Robbins<br>Lerach Coughlin Stoia Geller<br>  Rudman & Robbins LLP<br>401 B Street, Suite 1600<br>San Diego, CA 92101 |
| Steven G. Schulman<br>Peter E. Seidman<br>Andrei V. Rado<br>Sharon M. Lee<br>Milberg Weiss Bershad & Schulman LLP<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119 | Elise J. Cohen<br>Lerach Coughlin Stoia Geller<br>  Rudman & Robbins LLP<br>9601 Wilshire Boulevard, Suite 510<br>Los Angeles, CA 90210 |

    /s/ John D. Hendershot  
John D. Hendershot (#4178)  
*hendershot@rlf.com*