IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually And On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERRINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M. R. KENDALL,<br><br>                Defendants. | CIVIL ACTION No. 1:05-CV-00294-KAJ |

[Caption continues on next page]

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

| WILLKIE FARR & GALLAGER LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| Michael R. Young | Charles F. Richards, Jr. (#701) |
| Antonio Yanez, Jr. | Jeffrey L. Moyer (#3309) |
| 787 Seventh Avenue | John D. Hendershot (#4178) |
| New York, NY 10019-6099 | One Rodney Square, P.O. Box 551 |
| (212) 728-8000 | Wilmington, Delaware 19899-0551 |
| | (302) 651-7700 |

Counsel for Defendants

RLF1-2899712-1

| | |
|---|---|
| BRENT W. KLOS, Individually And On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERRINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M. R. KENDALL,<br><br>        Defendants | CIVIL ACTION No. 1:05-CV-00317-KAJ |
| DAVID SILVER, Individually And On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERRINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M. R. KENDALL,<br><br>        Defendants. | CIVIL ACTION No. 1:05-CV-00324-KAJ |

RLF1-2899712-1

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael R. Young and Antonio Yanez, Jr., to represent Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Keily III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes and Peter M.R. Kendall in this matter.

Of Counsel:
Michael R. Young
Antonio Yanez, Jr.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000

Date: July 26, 2005

/s/ John D. Hendershot
Charles F. Richards, Jr. (#701)
*richards@rlf.com*
Jeffrey L. Moyer (#3309)
*moyer@rlf.com*
John D. Hendershot (#4178)
*hendershot@rlf.com*
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899-0551
(302) 651-7700
Attorneys for Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Keily III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes and Peter M.R. Kendall

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This ____ day of July 2005, it is hereby ORDERED that the foregoing motion is GRANTED and that Michael R. Young and Antonio Yanez, Jr., are admitted to practice *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Michael R. Young
Michael R. Young
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000

Date: July 26, 2005

RLF1-2899712-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Antonio Yanez, Jr.
Antonio Yanez, Jr.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000

Date: July 26, 2005

## CERTIFICATE OF SERVICE

I, John D. Hendershot, hereby certify that on July 26, 2005, I electronically filed the foregoing "Motion and Order for Admission *Pro Hac Vice*" with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Gary F. Traynor
Paul A. Fioravanti, Jr.
Prickett, Jones & Elliott, P.A.
1310 N. King Street
Wilmington, DE 19801

Norman M. Monhait
Carmella P. Keener
Rosenthal, Monhait, Gross & Goddess, P.A.
919 North Market Street, Suite 1401
Wilmington, DE 19801

Seth D. Rigrodsky
Ralph N. Sianni
Milberg Weiss Bershad & Schulman LLP
919 North Market Street, Suite 411
Wilmington, DE 19801

I further certify that on July 26, 2005, the foregoing document was sent to the following non-registered participants by First Class U.S. Mail.

Eric J. Belfi
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
World Trade Center - Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

Stephen A. Weiss
Eric T. Chaffin
Seeger Weiss LLP
One William Street
New York, NY 10004

Michael Swick
Law Offices of Michael A. Swick
One William Street, Suite 555
New York, NY 10004

Marc A. Topaz
Richard Maniskas
Tamara Skvirsky
Schiffrin & Barroway
280 King of Prussia Road
Radnor, PA 19087

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller
  Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101

RLF1-2899712-1

(List continues on next page)

Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
Sharon M. Lee
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119

Elise J. Cohen
Lerach Coughlin Stoia Geller
  Rudman & Robbins LLP
9601 Wilshire Boulevard, Suite 510
Los Angeles, CA 90210

/s/ John D. Hendershot
John D. Hendershot (#4178)
*hendershot@rlf.com*