## CERTIFICATE OF SERVICE

I, Seth Rigrodsky, a partner with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that on this 2nd day of August, 2005, I caused a true and correct copy of the following document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

**Counsel for Plaintiffs**

Carmella P. Keener
Rosenthal, Monhait, Gross & Goddess
Citizens Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Email: CKeener@rmgglaw.com

Paul Anthony Fioravanti, Jr.
**PRICKETT, JONES & ELLIOT, P.A.**
1310 King Street
Wilmington, DE 19801
Tel.: (302) 888-6326
Email: pafioravanti@prickett.com

**Counsel for Defendants**

John Douglas Hendershot
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: hendershot@rlf.com

and I also caused the following document to be served by First Class U.S. Mail to all parties listed on the attached service list.

**COMPENDIUM OF UNREPORTED AUTHORITIES IN SUPPORT OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF THE MOLSON COORS INVESTORS GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

/s/ Seth D. Rigrodsky
Seth D. Rigrodsky (#3147)
**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
919 N. Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597
E-mail: srigrodsky@milbergweiss.com

**Molson Coors Brewing Company**

**SERVICE LIST**

| | |
|---|---|
| ***Counsel for Plaintiffs:*** | |
| Eric J. Belfi<br>**MURRAY FRANK & SAILER LLP**<br>275 Madison Avenue<br>New York, NY 10016<br>Tel.: (212) 682-1818<br>Fax: (212) 682-1892 | Stephen A. Weiss<br>Eric T. Chaffin<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY 10004<br>Tel.: (212) 584-0700<br>Fax: (212) 584-0799 |
| Charles J. Piven<br>**LAW OFFICES OF CHARLES J. PIVEN, P.A.**<br>The World Trade Center-Baltimore,<br>401 East Pratt Street, Suite 2525,<br>Baltimore, MD 21202<br>Tel.: (410) 986-0036 | Michael Swick<br>**LAW OFFICES OF MICHAEL A. SWICK**<br>One William Street, Ste. 555<br>New York, NY 10004<br>Tel.: (212) 920-4310<br>Fax: (212) 584-0799 |
| Marc A. Topaz<br>Richard Maniskas<br>Tamara Skvirsky<br>**SCHIFFRIN & BARROWAY**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel.: (610) 667-7706 | William S. Lerach<br>Darren J. Robbins<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>401 B Street, Suite 1600<br>San Diego, CA 92101<br>619.231.1058 (Tel)<br>619.231.7423 (Fax) |
| Elise J. Cohen<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90210<br>310.859.3100 (Tel)<br>310.278.2148 (Fax) | |