## CERTIFICATE OF SERVICE

I, Ralph Sianni, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that on this 8th day of August, 2005, I caused a true and correct copy of the following document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

**Counsel for Plaintiffs**

Carmella P. Keener
Rosenthal, Monhait, Gross &
Goddess
Citizens Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Email: CKeener@rmgglaw.com

Paul Anthony Fioravanti, Jr.
Prickett, Jones & Elliot, P.A.
1310 King Street
Wilmington, DE 19801
Tel.: (302) 888-6326
Email: pafioravanti@prickett.com

**Counsel for Defendants**

John Douglas Hendershot
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: hendershot@rlf.com

and I also caused the following document to be served by First Class U.S. Mail to all parties listed on the attached service list.

**NOTICE OF APPEARANCE**
(Ralph N. Sianni)

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
919 N. Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

Molson Coors Brewing Company

## SERVICE LIST

| **Counsel for Plaintiffs:** | |
|---|---|
| Eric J. Belfi<br>**MURRAY FRANK & SAILER LLP**<br>275 Madison Avenue<br>New York, NY 10016<br>Tel.: (212) 682-1818<br>Fax: (212) 682-1892 | Stephen A. Weiss<br>Eric T. Chaffin<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY 10004<br>Tel.: (212) 584-0700<br>Fax: (212) 584-0799 |
| Charles J. Piven<br>**LAW OFFICES OF CHARLES J. PIVEN, P.A.**<br>The World Trade Center-Baltimore,<br>401 East Pratt Street, Suite 2525,<br>Baltimore, MD 21202<br>Tel.: (410) 986-0036 | Michael Swick<br>**LAW OFFICES OF MICHAEL A. SWICK**<br>One William Street, Ste. 555<br>New York, NY 10004<br>Tel.: (212) 920-4310<br>Fax: (212) 584-0799 |
| Marc A. Topaz<br>Richard Maniskas<br>Tamara Skvirsky<br>**SCHIFFRIN & BARROWAY**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel.: (610) 667-7706 | William S. Lerach<br>Darren J. Robbins<br>**LERACH COUGHLIN STOIA GELLER**<br>  **RUDMAN & ROBBINS LLP**<br>401 B Street, Suite 1600<br>San Diego, CA 92101<br>619.231.1058 (Tel)<br>619.231.7423 (Fax) |
| Elise J. Cohen<br>**LERACH COUGHLIN STOIA GELLER**<br>  **RUDMAN & ROBBINS LLP**<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90210<br>310.859.3100 (Tel)<br>310.278.2148 (Fax) | |