IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 1:05-cv-00294-KAJ<br><br>CLASS ACTION |
| BRENT W. KLOS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 1:05-cv-00317-KAJ<br><br>CLASS ACTION |
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 1:05-cv-00324-KAJ<br><br>CLASS ACTION |

**ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF
DARREN J. ROBBINS, LAURA M. ANDRACCHIO, AND ELISE J. COHEN**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Darren J.

Robbins, Laura M. Andracchio, and Elise J. Cohen is granted.


Date: _____

                                                        _____
                                                        United States District Judge