# EXHIBIT B
## to letter to
## Hon. Kent A. Jordan
## from Seth D. Rigrodsky
## dated November 4, 2005

## -- Part 1 of 4 --

CLOSED, CONSOL, E-Filing

# U.S. District Court
## California Northern District (Oakland)
### CIVIL DOCKET FOR CASE #: 4:02-cv-00853

Castaldo et al v. Hoberg et al
Assigned to: Hon. Claudia Wilken
Demand: $0
Lead case: 4:02-cv-00853   (View Member Cases)
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 02/19/2002
Jury Demand: Plaintiff
Nature of Suit: 850
Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Dominic Castaldo**

represented by **Azra Z. Mehdi**
Lerach Coughlin Stoia Geller Rudman
& Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
415-288-4545
Fax: 415-288-4534
Email: azram@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren J. Robbins**
Lerach Coughlin Stoia Geller Rudman
& Robbins LLP
401 B Street
Suite 1700
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: e_file_sd@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Geller**
Cauley Geller Bowman & Coates LLP
One Boca Place, Suite 421A
2255 Glades Road
Boca Raton, FL 33431
561-750-3000
Fax: 561-750-3364
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reed R. Kathrein**
Lerach Coughlin Stoia Geller Rudman

& Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
415-288-4545
Fax: 415-288-4534
Email: reedk@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S. Schiffrin**
Schiffrin & Barroway LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706
Fax: (610) 667-7056
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William S. Lerach**
Lerach Coughlin Stoia Geller Rudman
& Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: billl@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randi D. Bandman**
Milberg Weiss Bershad Hynes &
Lerach LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
415-288-4545
Fax: 415- 288-4534
Email: randib@mwbhl.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Metzler Investment GmbH**          represented by   **Azra Z. Mehdi**
*(LEAD PLAINTIFF)*                                     (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Frederic S. Fox**

Kaplan Fox & Kilsheimer LLP
805 Third Avenue
22nd Floor
New York, NY 10022
212-687-1980
Fax: 212-687-7714
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurence D. King**
Kaplan Fox & Kilsheimer LLP
555 Montgomery Street
Suite 1501
San Francisco, CA 94111
415/772-4700
Fax: (415) 772-4707
Email: lking@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda M. Fong**
Kaplan Fox & Kilsheimer LLP
555 Montgomery Street
Suite 1501
San Francisco, CA 94111
415-772-4700
Fax: 415-772-4707
Email: lfong@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randi D. Bandman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sylvia Wahba**
Milberg Weiss Bershad & Shulman
LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
415-288-4545
Email: sylviaw@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Garrett Zwart**                    represented by  **Azra Z. Mehdi**
*(LEAD PLAINTIFF)*                                   (See above for address)
                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Frederic S. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurence D. King**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda M. Fong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randi D. Bandman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sylvia Wahba**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

Barry S. Naiditch

**Consol Plaintiff**

Jeffrey Stein

**Consol Plaintiff**

Richard Burke

**Consol Plaintiff**

Kevin A. Murphy

**Consol Plaintiff**

Ilene Reif

**Consol Plaintiff**

Caroline Williams

**Consol Plaintiff**

Luby Jones

**Consol Plaintiff**

David Blakey

**Consol Plaintiff**

Martin Weintraub

**Consol Plaintiff**

Gail Fialkov

**Consol Plaintiff**

Herbert Potash

**Consol Plaintiff**

Joseph Diamond

**Consol Plaintiff**

Peshi & Associates

V.

**Defendant**

Christine B. Hoberg

represented by **Sara B. Brody**
Heller Ehrman
333 Bush Street
San Francisco, CA 94104-2878
415/772-6000
Fax: (415) 772-6268
Email: sbrody@hewm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Torpey**
Orrick herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
415/778-5700
Fax: 415-778-5759
Email: mtorpey@orrick.com
*ATTORNEY TO BE NOTICED*

**Penelope Graboys**
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5700
Fax: (415) 773-5759
Email: pgraboysblair@orrick.com

*TERMINATED: 07/29/2002*
*ATTORNEY TO BE NOTICED*

**Christopher Alan Garcia**
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
650-988-8500
Fax: 650-938-5200
Email: cgarcia@fenwick.com
*ATTORNEY TO BE NOTICED*

**James N. Kramer**
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105-2669
415-773-5700
Fax: 415-773-5759
Email: jkramer@orrick.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jen-Hsun Huang**                  represented by   **Sara B. Brody**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael D. Torpey**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Penelope Graboys**
                                                     (See above for address)
                                                     *TERMINATED: 07/29/2002*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Christopher Alan Garcia**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **James N. Kramer**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**NVIDIA Corporation**              represented by   **Sara B. Brody**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Michael D. Torpey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Penelope Graboys**
(See above for address)
*TERMINATED: 07/29/2002*
*ATTORNEY TO BE NOTICED*

**Christopher Alan Garcia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James N. Kramer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Chris Malachowsky**                    represented by **Christopher Alan Garcia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James N. Kramer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sara B. Brody**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Jeffrey Fisher**                       represented by **Christopher Alan Garcia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James N. Kramer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sara B. Brody**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V.**

**Movant**
**Jan Wasiak**                           represented by **Mark S. Levine**
Weiss & Yourman
10940 Wilshire Blvd., 24th Floor

Los Angeles, CA 90024
(310)-208-2800
Email: service@wyca.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Burke**
Stull Stull & Brody
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
(310) 209-2468
Fax: 310-209-2087
Email: service@ssbla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan L. Lurie**
Weiss & Lurie
10940 Wilshire Blvd.
Suite 2300
Los Angeles, CA 90024
(310) 208-2800
Fax: (310) 209-2348
Email: service@wyca.com
*ATTORNEY TO BE NOTICED*

**Kevin J. Yourman**
Weiss & Yourman
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
310-208-2800
Fax: 310-209-2348
Email: service@wyca.com
*ATTORNEY TO BE NOTICED*

**Michael David Braun**
BRAUN LAW GROUP, P.C.
12400 Wilshire Boulevard
Suite 920
Los Angeles, CA 90025
310-442-7755
Fax: (310) 442-7756
Email: service@braunlawgroup.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 02/19/2002 | 1 | COMPLAINT :*summons issued; jury demand* against Christine B. Hoberg, Jen-Hsun Huang, NVIDIA Corporation (Filing fee $150 receipt number 3331969). Filed by Dominic Castaldo. (cp, ) Additional attachment(s) added on 2/27/2002 (cp, ). (Entered: 02/21/2002) |
| 02/19/2002 | 2 | Order setting initial case management conference; SEC CLASS ACTION SCHEDULING ORDER SEC Class Action Notice due by 3/11/2002. Case Management Conference set for 6/28/2002 at 01:30 PM. Case Management Conference Statement due 6/21/02 (cp, ) (Entered: 02/21/2002) |
| 02/19/2002 | | CASE DESIGNATED for Electronic Filing. (cp, ) (Entered: 02/21/2002) |
| 02/19/2002 | | Summons Issued as to Christine B. Hoberg ; Jen-Hsun Huang ; NVIDIA Corporation (cp, ) (Entered: 02/21/2002) |
| 02/25/2002 | 3 | NOTICE *of Publication* by Dominic Castaldo. (Attachments: # 1 2/19/02 Business Wire article)(Kathrein, Reed) (Entered: 02/25/2002) |
| 02/28/2002 | 4 | SUMMONS Returned Executed, by Dominic Castaldo. Christine B. Hoberg ; Jen-Hsun Huang ; NVIDIA Corporation (Kathrein, Reed) (Entered: 02/28/2002) |
| 03/06/2002 | 5 | NOTICE of Related Case *C-02-885-MJJ, C-02-1000-MJJ* by Christine B. Hoberg, Jen-Hsun Huang, NVIDIA Corporation. (kc, ) (Entered: 03/07/2002) |
| 03/07/2002 | | Received Document *, stipulation and proposed order regarding response to complaint,* by Dominic Castaldo, Christine B. Hoberg, Jen-Hsun Huang, NVIDIA Corporation. (kc, ) (Entered: 03/07/2002) |
| 03/12/2002 | 6 | Stipulation and ORDER regarding response to complaint; lead plaintiffs shall file a consolidated complaint with 60 days of the Court's designation of lead plaintiff(s) and lead counsel; defendants shall have 60 days to respond. Signed by Judge Claudia Wilken on 3/12/02. (kc, ) (Entered: 03/13/2002) |
| 04/12/2002 | 7 | MOTION for Pro Hac Vice *(Azra Z. Mehdi)* filed by Dominic Castaldo. (cp, ) (Entered: 04/15/2002) |
| 04/12/2002 | | Received Order re [7] by Dominic Castaldo. (cp, ) (Entered: 04/15/2002) |
| 04/16/2002 | 8 | ORDER by Judge Claudia Wilken granting [7] Motion for Pro Hac Vice (Azra A. Mehdi) (cp, ) (Entered: 04/17/2002) |
| 04/17/2002 | 9 | NOTICE re [8] *order granting pro hac vice* by Dominic Castaldo. (kk, ) (Entered: 04/18/2002) |
| 04/22/2002 | 10 | MOTION to Appoint Lead Plaintiff and Lead Counsel *Notice of Motion and Motion to Appoint Metzler Investment GmbH and Garrett Zwart as Lead Plaintiff and to Approve Lead Plaintiff's Choice of Co-Lead Counsel* filed by Dominic Castaldo. Motion Hearing set for 5/31/2002 10:00 AM. (Bandman, Randi) (Entered: 04/22/2002) |
| 04/22/2002 | 11 | MOTION to Consolidate Cases *Notice of Motion and Motion to* |

| | | |
|---|---|---|
| | | *Consolidate Related Actions and Preserve Documents* filed by Dominic Castaldo. Motion Hearing set for 5/31/2002 10:00 AM. (Bandman, Randi) (Entered: 04/22/2002) |
| 04/22/2002 | 12 | CERTIFICATE of Counsel re 10 *Pursuant to Local Rule 3-7(d) (William S. Lerach)* by Dominic Castaldo. (Bandman, Randi) (Entered: 04/22/2002) |
| 04/22/2002 | 13 | CERTIFICATE of Counsel re 10 *Pursuant to Local Rule 3-7(d) (Randi D. Bandman)* by Dominic Castaldo. (Bandman, Randi) (Entered: 04/22/2002) |
| 04/22/2002 | 14 | CERTIFICATE of Counsel re 10 *Pursuant to Local Rule 3-7(d) (Laurence D. King)* by Dominic Castaldo. (Bandman, Randi) (Entered: 04/22/2002) |
| 04/22/2002 | 15 | CERTIFICATE of Counsel re 10 *Pursuant to Local Rule 3-7(d) (Frederic S. Fox)* by Dominic Castaldo. (Bandman, Randi) (Entered: 04/22/2002) |
| 04/22/2002 | 16 | DECLARATION in Support re 10, 11 *Declaration of Sylvia Wahba in Support of: (1) Motion to Appoint Metzler Investment GmbH and Garrett Zwart as Lead Plaintiff and to Approve Lead Plaintiff's Choice of Co-Lead Counsel; and (2) Motion to Consolidate Related Actions and Preserve Documents* filed by Dominic Castaldo. (Attachments: # 1 Exhibit Exhibit A - Movant's sworn certifications# 2 Exhibit Exhibit B - Business Wire dated 2/19/02# 3 Exhibit Exhibit C - Pincay Investments v. Covad Communications# 4 Exhibit Exhibit D - St. John v. Pilot Network Services# 5 Exhibit Exhibit E - In re The Clorox Company Sec. Litig.# 6 Exhibit Broudo v. Dura Pharmaceuticals# 7 Exhibit Exhibit G - Lubitsch v. Dataworks Corp.# 8 Exhibit Exhibit H - Firm resume of Milberg Weiss Bershad Hynes & Lerach LLP# 9 Exhibit Exhibit I - Firm resume of Kaplan Fox & Kilsheimer LLP)(Related document(s)10, 11) (Bandman, Randi) (Entered: 04/22/2002) |
| 04/22/2002 | 17 | MOTION to Appoint Lead Plaintiff and Lead Counsel *and,* MOTION to Consolidate Cases filed by Jan Wasiak. Motion Hearing set for 6/7/2002 10:00 AM. (cp, ) (Entered: 04/24/2002) |
| 04/22/2002 | 18 | MEMORANDUM in Support re [17] filed by Jan Wasiak. (Related document(s)[17]) (cp, ) (Entered: 04/24/2002) |
| 04/22/2002 | 19 | DECLARATION in Support re [17] *(by Mark S. Levine)* filed by Jan Wasiak. (Related document(s)[17]) (cp, ) (Entered: 04/24/2002) |
| 04/22/2002 | | Received Order re [17] by Jan Wasiak. (cp, ) (Entered: 04/24/2002) |
| 04/22/2002 | 20 | CERTIFICATE OF SERVICE by Jan Wasiak re [18], [19], [17] (cp, ) (Entered: 04/24/2002) |
| 04/30/2002 | 21 | NOTICE of Appearance by Christine B. Hoberg, Jen-Hsun Huang, NVIDIA Corporation. (Kramer, James) (Entered: 04/30/2002) |
| 05/02/2002 | 22 | CLERK'S NOTICE Continuing Motion Hearing Motion Hearing set for |

CAND ECF - Docket Report

| | | 6/7/2002 10:00 AM. (scc, ) (Entered: 05/02/2002) |
|---|---|---|
| 05/06/2002 | 23 | NOTICE re [17] *withdrawing Jan Wasiak's motion for appointment of lead counsel and plaintiff, and for consolidation of related actions* by Jan Wasiak. (cp, ) (Entered: 05/09/2002) |
| 05/10/2002 | 24 | Statement of Non-Opposition re 10 *in Support of Motion to Appoint Metzler Investment GmbH and Garrett Zwart as Lead Plaintiff and to Approve Lead Plaintiff's Choice of Co-Lead Counsel* filed by Dominic Castaldo. (Attachments: # 1 Notice of Withdrawal of Jan Wasiak's Notice of Motion and Motion for Appointment of Lead Plaintiff and Lead Counsel and for Consolidation of Related Actions)(Related document(s) 10) (Bandman, Randi) (Entered: 05/10/2002) |
| 05/29/2002 | 25 | ORDER RELATING CASE; case management conference set for 9/6/2002 at 01:30 PM.. Signed by Judge Claudia Wilken on 5/29/02. (cp, ) (Entered: 06/03/2002) |
| 06/11/2002 | 26 | ORDER by Judge Claudia Wilken granting 10 Motion to Appoint Lead Plaintiff and Lead Counsel, granting 11 Motion to Consolidate Cases (cp, ) (Entered: 06/11/2002) |
| 06/11/2002 | | Cases associated. (cp, ) (Entered: 06/11/2002) |
| 06/11/2002 | 27 | NOTICE re 26 *Notice of Entry of Order Granting Motion to Consolidate Related Actions and Preserve Documents and Order Granting Motion to Appoint Metzler Investment Group GmbH and Garrett Zwart as Lead Plaintiff and Approving Lead Plaintiff's Choice of Co-Lead Counsel* by Metzler Investment GmbH, Garrett Zwart. (Attachments: # 1 Order Granting Motion to Consolidate Related Actions and Preserve Documents and Order Granting Motion to Appoint Metzler Investment Group GmbH and Garrett Zwart as Lead Plaintiff and Approving Lead Plaintiff's Choice of Co-Lead Counsel)(Bandman, Randi) (Entered: 06/11/2002) |
| 07/29/2002 | 28 | Application for Substitution of Attorney *SUBSTITUTION OF COUNSEL* by Christine B. Hoberg, Jen-Hsun Huang, NVIDIA Corporation. (Kramer, James) (Entered: 07/29/2002) |
| 08/01/2002 | 29 | STIPULATION *and [Proposed] Order* by Metzler Investment GmbH, Garrett Zwart. (King, Laurence) (Entered: 08/01/2002) |
| 08/06/2002 | 30 | ORDER re 29 . Signed by Judge Claudia Wilken on 8/6/02. (scc, ) (Entered: 08/06/2002) |
| 08/06/2002 | | Set/Reset Hearings: Motion Hearing set for 2/28/2003 10:00 AM. (scc, ) (Entered: 08/06/2002) |
| 09/10/2002 | 31 | COMPLAINT *CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS* against Chris Malachowsky, Jeffrey Fisher, Christine B. Hoberg, Jen-Hsun Huang, NVIDIA Corporation; Filed by Dominic Castaldo, Metzler Investment GmbH, Garrett Zwart. (Attachments: # 1 Exhibit Complaint, Andren v. Nvidia Corporation, et al.# 2 Exhibit Remarks by SEC Chairman Arthur |

| | | |
|---|---|---|
| | | Levitt entitled "The Numbers Game"# 3 Exhibit In the Matter of Microsoft Corporation, Order Instituting Public Administrative Proceedings# 4 Exhibit Bloomberg report entitled "Nvidia Hasn't Changed Forecasts, Disputes News Report"# 5 Exhibit Bloomberg report entitled "Nvidia's Problems Go Beyond Accounting Concerns, Barron's Says"# 6 Exhibit Fair Disclosure FInancial Network transcript of Nvidia Pre-Earnings Conference Call First Quarter 2003# 7 Exhibit Fair Disclosure Financial Network transcript of Nvidia conference call Q1 2003# 8 Exhibit PC Magazine article entitled "Nvidia Writes Off First-Generation nForce"# 9 Exhibit Reuters article entitled "Nvidia says 2nd-qtr revenue to miss expectations"# 10 Exhibit Letter from Eric Jenson of Cooley Godward to Jonathan Katz of SEC dated 8/29/02# 11 Exhibit Letter from Eric Jensen of Cooley Godward to Jonathan Katz of SEC dated 8/29/02# 12 Exhibit CNETNews.com article entitled "Dell to replace motherboards on some business PCs")(Mehdi, Azra) Modified on 9/18/2002 (cp, ). (Entered: 09/10/2002) |
| 09/10/2002 | 32 | AFFIDAVIT of Service for CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS *DECLARATION OF SERVICE BY FACSIMILE AND MAIL PURSUANT TO NORTHERN DISTRICT LOCAL RULE 23-2(c)(2)* served on Counsel for plaintiffs: Milberg Weiss Bershad Hynes & Lerach LLP and Kaplan Fox & Kilsheimer LLP; counsel for defendants: Cooley Godward, LLP, Clifford Chance Rogers & Wells LLP and Nvidia Corporation on September 10, 2002, filed by Dominic Castaldo, Metzler Investment GmbH, Garrett Zwart. (Mehdi, Azra) (Entered: 09/10/2002) |
| 09/11/2002 | | Summons Issued as to Jeffrey Fisher ; Christine B. Hoberg ; Jen-Hsun Huang ; Chris Malachowsky ; NVIDIA Corporation (kc, ) (Entered: 09/12/2002) |
| 10/07/2002 | 33 | SUMMONS Returned Executed, by Metzler Investment GmbH, Garrett Zwart. Jeffrey Fisher ; Chris Malachowsky (Bandman, Randi) (Entered: 10/07/2002) |
| 10/21/2002 | 34 | ORDER relating and consolidating action C-02-4657-CW. Signed by Judge Claudia Wilken on 10/21/02. (cp, ) Additional attachment(s) added on 10/21/2002 (cp, ). (Entered: 10/21/2002) |
| 10/28/2002 | 35 | NOTICE re 10, 11 *NOTICE OF ENTRY OF (1) RELATED CASE ORDER; (2) ORDER GRANTING MOTION TO CONSOLIDATE RELATED ACTIONS AND PRESERVE DOCUMENTS AND ORDER GRANTING MOTION TO APPOINT METZLER INVESTMENT GROUP GMBH AND GARRETT ZWART AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S CHOICE OF CO-LEAD COUNSEL; AND (3) STIPULATION AND ORDER* by Dominic Castaldo, Metzler Investment GmbH, Garrett Zwart. (Attachments: # 1 Related Case Order# 2 Order Granting Motion to Consolidate Related Actions and Preserve Documents and Order Granting Motion to Appoint Metzler Investment Group GmbH and Garrett Zwart as Lead Plaintiff and Approving Lead Plaintiff's Choice of Co-Lead Counsel# 3 Stipulation and Order)(Mehdi, Azra) (Entered: 10/28/2002) |

CAND-ECF - Docket Report

| | | |
|---|---|---|
| 11/05/2002 | 36 | MOTION for Leave to File Excess Pages filed by Jeffrey Fisher, Christine B. Hoberg, Jen-Hsun Huang, Chris Malachowsky, NVIDIA Corporation. (Attachments: # 1 # 2)(Garcia, Christopher) (Entered: 11/05/2002) |
| 11/08/2002 | 37 | ORDER by Judge Claudia Wilken granting in part 36 Motion for Leave to File Excess Pages and Setting Briefing Schedule for Defendants' Motion to Dismiss Consolidated Complaint (scc, ) (Entered: 11/08/2002) |
| 11/08/2002 | | Set/Reset Hearings: Motion Hearing set for 3/21/2003 10:00 AM. (scc, ) (Entered: 11/08/2002) |
| 11/11/2002 | 38 | NOTICE *OF ENTRY OF ORDER GRANTING ADMINISTRATIVE REQUEST TO EXCEED PAGE LIMITATIONS IN PART AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT* by Jeffrey Fisher, Christine B. Hoberg, Jen-Hsun Huang, Chris Malachowsky, NVIDIA Corporation. (Garcia, Christopher) (Entered: 11/11/2002) |
| 11/25/2002 | 39 | First MOTION to Dismiss *PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT & MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF* filed by Jeffrey Fisher, Christine B. Hoberg, Jen-Hsun Huang, Chris Malachowsky, NVIDIA Corporation. Motion Hearing set for 3/21/2003 10:00 AM. (Attachments: # 1 Affidavit Declaration of Christopher A. Garcia In Support of Defendants' Motion To Dismiss Plaintiffs' Consolidated Class Action Complaint# 2 Proposed Order # 3 Notice of Manual Filing# 4 Proof of Service)(Kramer, James) (Entered: 11/25/2002) |
| 11/25/2002 | 40 | Request for Judicial Notice re 39 filed by Jeffrey Fisher, Christine B. Hoberg, Jen-Hsun Huang, Chris Malachowsky, NVIDIA Corporation. (Related document(s)39) (cp, ) (Entered: 12/03/2002) |
| 01/31/2003 | 41 | Memorandum in Opposition re 39 *Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint* filed by Dominic Castaldo, Metzler Investment GmbH, Garrett Zwart. (Mehdi, Azra) (Entered: 01/31/2003) |
| 01/31/2003 | 42 | Request for Judicial Notice re 39 *Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint* filed by Dominic Castaldo, Metzler Investment GmbH, Garrett Zwart. (Related document(s)39) (Mehdi, Azra) (Entered: 01/31/2003) |
| 01/31/2003 | 43 | MOTION to Strike *Plaintiffs' Opposition to Defendants' Request for Judicial Notice and Plaintiffs' Counter-Motion to Strike* filed by Dominic Castaldo, Metzler Investment GmbH, Garrett Zwart. Motion Hearing set for 3/21/2003 10:00 AM. (Mehdi, Azra) (Entered: 01/31/2003) |
| 01/31/2003 | 44 | Proposed Order re 43 *Granting Plaintiffs' Counter-Motion to Strike* by Dominic Castaldo, Metzler Investment GmbH, Garrett Zwart. (Mehdi, Azra) (Entered: 01/31/2003) |
| 01/31/2003 | 45 | Proposed Order *Granting Plaintiffs' Request for Judicial Notice* by |

| | | |
|---|---|---|
| | | Dominic Castaldo, Metzler Investment GmbH, Garrett Zwart. (Mehdi, Azra) (Entered: 01/31/2003) |
| 01/31/2003 | 46 | DECLARATION in Opposition re 39 *DECLARATION OF AZRA Z. MEHDI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT* filed by Dominic Castaldo, Metzler Investment GmbH, Garrett Zwart. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Related document(s)39) (Mehdi, Azra) (Entered: 01/31/2003) |
| 01/31/2003 | 47 | DECLARATION in Support *DECLARATION OF SYLVIA WAHBA IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE* filed by Dominic Castaldo, Metzler Investment GmbH, Garrett Zwart. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 # 13 Exhibit 13)(Mehdi, Azra) (Entered: 01/31/2003) |
| 02/11/2003 | 48 | STIPULATION *Regarding Hearing Schedule* by Jeffrey Fisher, Christine B. Hoberg, Jen-Hsun Huang, Chris Malachowsky, NVIDIA Corporation. (Garcia, Christopher) (Entered: 02/11/2003) |
| 02/12/2003 | 49 | ORDER re 48 GRANTING STIPULATION. Signed by Judge Claudia Wilken on 2/12/03. (scc, ) (Entered: 02/12/2003) |
| 02/12/2003 | | Set/Reset Hearings: Motion Hearing set for 3/28/2003 10:00 AM. (scc, ) (Entered: 02/12/2003) |
| 02/13/2003 | 50 | NOTICE *OF ENTRY OF ORDER SETTING HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT* by Jeffrey Fisher, Christine B. Hoberg, Jen-Hsun Huang, Chris Malachowsky, NVIDIA Corporation. (Garcia, Christopher) (Entered: 02/13/2003) |
| 02/19/2003 | 51 | NOTICE *Notice of Statement of Recent Decision Pursuant to Civil Local Rule 7-3(d) in Further Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint* by Metzler Investment GmbH, Garrett Zwart. (Attachments: # 1 Exhibit A)(Mehdi, Azra) (Entered: 02/19/2003) |
| 03/03/2003 | 52 | Reply to Opposition *to Defendants Motion to Dismiss* filed by Jeffrey Fisher, Christine B. Hoberg, Jen-Hsun Huang, Chris Malachowsky, NVIDIA Corporation. (Attachments: # 1 RJN# 2 Supplemental RJN) (Brody, Sara) (Entered: 03/03/2003) |
| 03/31/2003 | 53 | TRANSCRIPT for dates 3/28/03 ; *C/R Nichole Rodich*. (kc, ) (Entered: 04/02/2003) |
| 04/02/2003 | 54 | Minute Entry: Motion Hearing re 39, 43 held on 3/28/2003 before Claudia Wilken. (Court Reporter Nici Rodich.) (scc, ) (Entered: 04/02/2003) |
| 05/23/2003 | 55 | MOTION Defs. Adm. Req. to Establish a Date Certain for Pltfs. to File |

CAND-ECF - Docket Report

| | | 2d Amended Consol. CA Compl. filed by Jeffrey Fisher, Christine B. Hoberg, Jen-Hsun Huang, Chris Malachowsky, NVIDIA Corporation. (Attachments: # 1 Declaration in Support# 2 [Proposed] Order)(Garcia, Christopher) (Entered: 05/23/2003) |
|---|---|---|
| 05/23/2003 | 56 | RESPONSE to re 55 *PLAINTIFFS' RESPONSE TO DEFENDANTS' ADMINISTRATIVE REQUEST TO ESTABLISH A DATE CERTAIN TO FILE AMENDED COMPLAINT* by Metzler Investment GmbH, Garrett Zwart. (Bandman, Randi) (Entered: 05/23/2003) |
| 05/23/2003 | 57 | Proposed Order re 56 *[PROPOSED] ORDER denying defendants' administrative request to establish a date certain to file amended complaint* by Metzler Investment GmbH, Garrett Zwart. (Bandman, Randi) (Entered: 05/23/2003) |
| 05/23/2003 | 58 | DECLARATION in Support re 56, 57 *DECLARATION OF SYLVIA WAHBA IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' ADMINISTRATIVE REQUEST TO ESTABLISH A DATE CERTAIN TO FILE AMENDED COMPLAINT* filed by Metzler Investment GmbH. (Attachments: # 1 2 # 3 # 4 # 5 # 6)(Related document(s)56, 57) (Bandman, Randi) (Entered: 05/23/2003) |
| 06/11/2003 | 59 | ORDER by Judge Claudia Wilken granting with leave to amend 39 Motion to Dismiss, denying as moot 43 Motion to Strike, denying as moot 55 Motion for Date Certain to File Amended Complaint (scc, ) (Entered: 06/11/2003) |
| 06/11/2003 | | Set/Reset Hearings: Case Management Conference set for 8/29/2003 at 01:30 PM. (scc, ) (Entered: 06/11/2003) |
| 06/11/2003 | 60 | NOTICE *OF ENTRY OF ORDER GRANTING DEFENDANTS' MOTION TO DISMISS* by Jeffrey Fisher, Christine B. Hoberg, Jen-Hsun Huang, Chris Malachowsky, NVIDIA Corporation. (Kramer, James) (Entered: 06/11/2003) |
| 07/28/2003 | 61 | First AMENDED COMPLAINT *FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS* against all defendants. Filed by Dominic Castaldo, Metzler Investment GmbH, Garrett Zwart. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4# 5 Exhibit Exhibit 5# 6 Exhibit Exhibit 6# 7 Exhibit Exhibit 7# 8 Exhibit Exhibit 8# 9 Exhibit Exhibit 9# 10 Exhibit Exhibit 10# 11 Exhibit Exhibit 11# 12 Exhibit Exhibit 12# 13 Exhibit Exhibit 13# 14 Exhibit Exhibit 14# 15 Exhibit Exhibit 15# 16 Exhibit Exhibit 16# 17 Exhibit Exhibit 17)(Bandman, Randi) (Entered: 07/28/2003) |
| 08/08/2003 | 62 | MOTION to Strike *Portions of Plaintiffs' First Amended Consolidated Class Action Complaint* filed by Jeffrey Fisher, Christine B. Hoberg, Jen-Hsun Huang, Chris Malachowsky, NVIDIA Corporation. Motion Hearing set for 9/12/2003 10:00 AM. (Attachments: # 1 Proposed Order # 2 Affidavit Proof of Service)(Brody, Sara) Modified on 8/11/2003 (cp, ). (Entered: 08/08/2003) |

| 08/08/2003 | 63 | MOTION to Dismiss *PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT* filed by Jeffrey Fisher, Christine B. Hoberg, Jen-Hsun Huang, Chris Malachowsky, NVIDIA Corporation. Motion Hearing set for 9/12/2003 10:00 AM. (Attachments: # 1 Request for Judiical Notice# 2 Proposed Order # 3 Affidavit Proof of Service) (Kramer, James) Modified on 8/11/2003 (cp, ). (Entered: 08/08/2003) |
| 08/19/2003 | 64 | STIPULATION of Dismissal *STIPULATION AND [PROPOSED] ORDER OF DISMISSAL* by Dominic Castaldo, Metzler Investment GmbH, Garrett Zwart. (Mehdi, Azra) (Entered: 08/19/2003) |
| 08/21/2003 | 65 | ORDER re 64 Granting STIPULATION of Dismissal, ***Civil Case Terminated.. Signed by Judge Claudia Wilken on 8/21/03. (scc, COURT STAFF) (Entered: 08/21/2003) |
| 08/28/2003 | 66 | NOTICE re 65 *OF ENTRY OF ORDER GRANTING STIPULATION OF DISMISSAL* by Dominic Castaldo, Metzler Investment GmbH, Garrett Zwart. (Attachments: # 1 Exhibit Exhibit A)(Mehdi, Azra) (Entered: 08/28/2003) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/01/2005 08:01:16 | | |
| **PACER Login:** | mw0001 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 4:02-cv-00853 |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |