# EXHIBIT B
## to letter to Hon. Kent A. Jordan from Seth D. Rigrodsky dated November 4, 2005

## -- Part 4 of 4 --

CONSOL, JURYDEMAND

# U.S. District Court
## WESTERN DISTRICT OF WASHINGTON (Seattle)
## CIVIL DOCKET FOR CASE #: 2:04-cv-01599-JCC

South Ferry LP #2 v. Killinger et al
Assigned to: John C Coughenour
Lead case: 2:04-cv-01599-JCC   (View Member Cases)
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 07/20/2004
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**South Ferry LP #2**
*Individually and on behalf of all others similarly situated*

represented by **Clifford A Cantor**
627 208TH AVE SE
SAMMAMISH, WA 98074-7033
425-868-7813
Fax: FAX 425-868-7870
Email: cacantor@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori G Feldman**
MILBERG WEISS BERSHAD & SCHULMAN (NY)
ONE PENNSYLVANIA PLAZA
NEW YORK, NY 10119-0165
212-594-5300
Email: lfeldman@milbergweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melvyn Weiss**
MILBERG WEISS BERSHAD & SCHULMAN (NY)
ONE PENNSYLVANIA PLAZA
NEW YORK, NY 10119-0165
212-594-5300
Email: mweiss@milbergweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Salvatore J Graziano**
MILBERG WEISS BERSHAD & SCHULMAN (NY)
ONE PENNSYLVANIA PLAZA
NEW YORK, NY 10119-0165
212-594-5300
Email: sgraziano@milbergweiss.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas C McDermott**
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 5TH AVE
STE 2900
SEATTLE, WA 98101
206-623-7292
Email: doug@hbsslaw.com
*TERMINATED: 04/07/2005*

**Tamara J Driscoll**
LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS
(WA)
1700 SEVENTH AVENUE
STE 2260
SEATTLE, WA 98101
206-749-5544
Fax: 206-749-9978
Email: tdriscoll@lerachlaw.com

**Plaintiff**

**Karl Clark**
*Individually and On Behalf of All Others Similarly Situated*

represented by **Andrew M Volk**
HAGENS BERMAN LLP
1301 5TH AVE
STE 2900
SEATTLE, WA 98101
206-623-7292
Fax: 206-623-7292
Email: andrew@hagens-berman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 5TH AVE
STE 2900
SEATTLE, WA 98101
206-623-7292
Email: steve@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph R Russo**
*On Behalf of Himself and All Others*

represented by **Elizabeth Ann Leland**
KELLER ROHRBACK

*Similarly Situated*

    1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052
206-623-1900
Fax: FAX 623-3384
Email: bleland@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juli Farris Desper**
KELLER ROHRBACK
1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052
206-623-1900
Fax: 206-623-1900
Email: jdesper@KellerRohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
KELLER ROHRBACK
1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052
206-623-1900
Fax: FAX 623-3384
Email: lsarko@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Burda**
*Individually and on Behalf of All Others Similarly Situated*

represented by **Juli Farris Desper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren S Antonino**
CHITWOOD HARLEY HANES
1230 PEACHTREE ST NE
STE 2300
ATLANTA, GA 30309
404-873-3900
Email: lsa@classlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert D Jaffee Trust**

represented by **Steve W. Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mary K Phillips represented by Elizabeth Ann Leland
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Kerry K Killinger represented by Fred B Burnside
DAVIS WRIGHT TREMAINE (SEA)
1501 4TH AVE
STE 2600
SEATTLE, WA 98101-1688
206-622-3150
Fax: FAX 206-903-3791
Email: fredburnside@dwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jay B Kasner
SKADDEN ARPS SLATE MEAGHER
& FLOM (NY)
FOUR TIMES SQUARE
STE 45-100
NEW YORK, NY 10036-6522
212-735-2628
Email: jkasner@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Scott D Musoff
SKADDEN ARPS SLATE MEAGHER
& FLOM (NY)
FOUR TIMES SQUARE
STE 45-100
NEW YORK, NY 10036-6522
212-735-7852
Email: smusoff@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Thomas J Nolan
SKADDEN ARPS SLATE MEAGHER
& FLOM (CA)
300 S GRAND AVE
STE 3400

        LOS ANGELES, CA 90071-3144
        213-687-5250
        Email: tnolan@skadden.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Stephen M. Rummage**
DAVIS WRIGHT TREMAINE LLP
1501 4TH AVE
STE 2600
SEATTLE, WA 98101-1688
206-628-7755
Fax: FAX 628-7699
Email: steverummage@dwt.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Thomas W Casey**     represented by **Fred B Burnside**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jay B Kasner**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Scott D Musoff**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Thomas J Nolan**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Stephen M. Rummage**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**
**Deanna W Oppenheimer**     represented by **Fred B Burnside**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jay B Kasner**
        (See above for address)
        *LEAD ATTORNEY*

                                  *ATTORNEY TO BE NOTICED*

**Scott D Musoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Rummage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**William W Longbrake**             represented by **Fred B Burnside**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay B Kasner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott D Musoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Rummage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Craig J Chapman**                 represented by **Fred B Burnside**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay B Kasner**
(See above for address)
*LEAD ATTORNEY*

                    *ATTORNEY TO BE NOTICED*

                    **Scott D Musoff**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Thomas J Nolan**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Stephen M. Rummage**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**James G Vanasek**                  represented by  **Fred B Burnside**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                    **Jay B Kasner**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Scott D Musoff**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Thomas J Nolan**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Stephen M. Rummage**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Michelle McCarthy**                represented by  **Fred B Burnside**
*TERMINATED: 03/01/2005*                           (See above for address)
                                                               *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                    **Jay B Kasner**
                    (See above for address)
                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Scott D Musoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Rummage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Washington Mutual Inc**     represented by  **Fred B Burnside**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay B Kasner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott D Musoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Rummage**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2004 | 1 | COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS and DEMAND FOR JURY TRIAL against defendant(s) Thomas W Casey, Craig J Chapman, Kerry K Killinger, William W Longbrake, Michelle McCarthy, Deanna W Oppenheimer, James G Vanasek, Washington Mutual Inc (Summons(es) issued) (Receipt # 316998), filed by South Ferry LP #2. (Attachments: # 1 Civil Cover Sheet)(PM, ) |

| | | |
|---|---|---|
| | | (Entered: 07/23/2004) |
| 08/10/2004 | 2 | NOTICE of Appearance by attorney Stephen M. Rummage on behalf of Defendants Kerry K Killinger, Thomas W Casey, Deanna W Oppenheimer, William W Longbrake, Craig J Chapman, James G Vanasek, Michelle McCarthy, Washington Mutual Inc (Rummage, Stephen) (Entered: 08/10/2004) |
| 08/10/2004 | 3 | CERTIFICATE OF SERVICE by Defendants Thomas W Casey, Craig J Chapman, Kerry K Killinger, William W Longbrake, Michelle McCarthy, Deanna W Oppenheimer, James G Vanasek, Washington Mutual Inc re 2 Notice of Appearance. (Rummage, Stephen) (Entered: 08/10/2004) |
| 09/20/2004 | 4 | DECLARATION of Tamara J. Driscoll by Plaintiff South Ferry LP #2. (Attachments: # 1 **DUPLICATE IMAGE OF MAIN DOCUMENT** Declaration of Tamara J. Driscoll# 2 Exhibit A (July 20, 2004 Business Wire Notice of First Filed Action# 3 Exhibit B (City of Pontiac Securities Loss Chart)# 4 Exhibit C (CIty of Pontiac Certificiation)# 5 Exhibit D (Lerach Coughlin Firm Resume))(Driscoll, Tamara) Text Modified on 9/21/2004 (LMS, ). (Entered: 09/20/2004) |
| 09/20/2004 | 5 | ~~MOTION to Consolidate Cases *Appointment of City of Pontiac as Lead Plaintiff, and for approval of Lead Counsel*~~ Memorandum in Support of the Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel by Plaintiff South Ferry LP #2. (Driscoll, Tamara) Text Modified on 9/21/2004 (LMS, ). Modified on 9/21/2004 (LMS, ). (Entered: 09/20/2004) |
| 09/20/2004 | 6 | MOTION Consolidation, Document Preservation and Lead Plaintiff and Counsel Appointment *on Behalf of The WaMu Investors Lead Plaintiff Group* by Plaintiff South Ferry LP #2. Noting Date 10/8/2004. (Feldman, Lori) (Entered: 09/20/2004) |
| 09/20/2004 | 7 | DECLARATION of Lori G. Feldman filed by Plaintiff South Ferry LP #2 re 6 MOTION Consolidation, Document Preservation and Lead Plaintiff and Counsel Appointment *on Behalf of The WaMu Investors Lead Plaintiff Group* (Feldman, Lori) (Entered: 09/20/2004) |
| 09/20/2004 | 8 | DECLARATION of Lori G. Feldman filed by Plaintiff South Ferry LP #2 re 6 MOTION Consolidation, Document Preservation and Lead Plaintiff and Counsel Appointment *on Behalf of The WaMu Investors Lead Plaintiff Group* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C - D# 4 Exhibit E (Part 1)# 5 Exhibit E (Part 2)# 6 Exhibit F - H# 7 Exhibit I - K)(Feldman, Lori) (Entered: 09/20/2004) |
| 09/20/2004 | 9 | DECLARATION of Service filed by Plaintiff South Ferry LP #2 re 6 MOTION Consolidation, Document Preservation and Lead Plaintiff and Counsel Appointment *on Behalf of The WaMu Investors Lead Plaintiff Group* (Feldman, Lori) (Entered: 09/20/2004) |
| 09/21/2004 | | NOTICE of Docket Text Modification re 5 MOTION to Consolidate Cases *Appointment of City of Pontiac as Lead Plaintiff, and for approval* |

| | | |
|---|---|---|
| | | *of Lead Counsel*: Motion noted for 10/8/04 (KN, ) (Entered: 09/21/2004) |
| 09/21/2004 | 10 | MOTION to Consolidate Cases, *Appoint City of Pontiac as Lead Plaintiff, and Approve City of Pontiac's Selection of Lead Counsel* by Plaintiff South Ferry LP #2. Noting Date 10/8/2004. Oral Argument Requested. (Driscoll, Tamara) Documents 4 and 5 filed on 9/20/04, are in support of this motion; Modified on 9/22/2004 (LMS, ). (Entered: 09/21/2004) |
| 09/21/2004 | 11 | CERTIFICATE OF SERVICE by Plaintiff South Ferry LP #2 re 4 Declaration,, Notice of Docket Text Modification, 5 MOTION to Consolidate Cases *Appointment of City of Pontiac as Lead Plaintiff, and for approval of Lead Counsel*, 10 MOTION to Consolidate Cases, *Appoint City of Pontiac as Lead Plaintiff, and Approve City of Pontiac's Selection of Lead Counsel (AMENDED CERTIFICATE OF SERVICE)*. (Driscoll, Tamara) (Entered: 09/21/2004) |
| 10/04/2004 | 12 | RESPONSE, by Defendants Craig J Chapman, Kerry K Killinger, William W Longbrake, Michelle McCarthy, Deanna W Oppenheimer, James G Vanasek, Washington Mutual Inc, to 5 MOTION to Consolidate Cases *Appointment of City of Pontiac as Lead Plaintiff, and for approval of Lead Counsel* (Rummage, Stephen) (Entered: 10/04/2004) |
| 10/04/2004 | 13 | DECLARATION of Stephen M. Rummage re 12 Response to Motion, by Defendants Thomas W Casey, Craig J Chapman, Kerry K Killinger, William W Longbrake, Michelle McCarthy, Deanna W Oppenheimer, James G Vanasek. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Rummage, Stephen) (Entered: 10/04/2004) |
| 10/04/2004 | 14 | CERTIFICATE OF SERVICE by Defendants Thomas W Casey, Craig J Chapman, Kerry K Killinger, William W Longbrake, Michelle McCarthy, Deanna W Oppenheimer, James G Vanasek re 13 Declaration,, 12 Response to Motion,. (Rummage, Stephen) (Entered: 10/04/2004) |
| 10/04/2004 | 15 | MEMORANDUM IN FURTHER SUPPORT/RESPONSE, by Plaintiff South Ferry LP #2, to 6 MOTION Consolidation, Document Preservation and Lead Plaintiff and Counsel Appointment *on Behalf of The WaMu Investors Lead Plaintiff Group* (Driscoll, Tamara) Text Modified on 10/5/2004 (LMS, ). (Entered: 10/04/2004) |
| 10/04/2004 | 16 | DECLARATION of Tamara J. Driscoll filed by Plaintiff South Ferry LP #2 re 15 Response to Motion (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Driscoll, Tamara) (Entered: 10/04/2004) |
| 10/04/2004 | 17 | CERTIFICATE OF SERVICE by Plaintiff South Ferry LP #2 re 15 Response to Motion, 16 Declaration. (Driscoll, Tamara) (Entered: 10/04/2004) |
| 10/04/2004 | 18 | RESPONSE, by Plaintiff South Ferry LP #2, to 10 MOTION to Consolidate Cases, *Appoint City of Pontiac as Lead Plaintiff, and Approve City of Pontiac's Selection of Lead Counsel* (Feldman, Lori) (Entered: 10/04/2004) |

| | | |
|---|---|---|
| 10/04/2004 | 19 | DECLARATION of Lori G. Feldman (Supplemental) in Opposition to the Motion of City of Pontiac's Motion for Lead Plaintiff and Counsel Appointment filed by Plaintiff South Ferry LP #2 re 18 Response to Motion (Attachments: # 1 Exhibit E through G to Supplemental Feldman Declaration)(Feldman, Lori) (Entered: 10/04/2004) |
| 10/04/2004 | 20 | CERTIFICATE OF SERVICE by Plaintiff South Ferry LP #2 re 18 Response to Motion, 19 Declaration, *Re Lead Plaintiff and Lead Counsel Appointment*. (Feldman, Lori) (Entered: 10/04/2004) |
| 10/05/2004 | 21 | APPLICATION by Plaintiff South Ferry LP #2 AND ORDER admitting Melvyn Weiss for South Ferry LP #2 pro hac vice. Receipt # 409565. (LMS, ) (Entered: 10/06/2004) |
| 10/05/2004 | 22 | APPLICATION by Plaintiff South Ferry LP #2 AND ORDER admitting Salvatore J Graziano for South Ferry LP #2 pro hac vice. Receipt # 409564. (LMS, ) (Entered: 10/06/2004) |
| 10/07/2004 | 23 | CERTIFICATE OF SERVICE by Defendants Craig J Chapman, Kerry K Killinger, William W Longbrake, Michelle McCarthy, Deanna W Oppenheimer, James G Vanasek, Washington Mutual Inc re 13 Declaration,, 12 Response to Motion, *Amended Certificate of Service*. (Rummage, Stephen) (Entered: 10/07/2004) |
| 10/07/2004 | 24 | APPLICATION by Defendants Thomas W Casey, Craig J Chapman, Kerry K Killinger, William W Longbrake, Michelle McCarthy, Deanna W Oppenheimer, James G Vanasek, Washington Mutual Inc AND ORDER admitting Jay B Kasner for Kerry K Killinger; William W Longbrake; Michelle McCarthy; Deanna W Oppenheimer; James G Vanasek; Washington Mutual Inc; Thomas W Casey and Craig J Chapman pro hac vice. Receipt # 409589. (LMS, ) (Entered: 10/07/2004) |
| 10/07/2004 | 25 | APPLICATION by Defendants Thomas W Casey, Craig J Chapman, Kerry K Killinger, William W Longbrake, Michelle McCarthy, Deanna W Oppenheimer, James G Vanasek, Washington Mutual Inc AND ORDER admitting Scott D Musoff for Kerry K Killinger; William W Longbrake; Michelle McCarthy; Deanna W Oppenheimer; James G Vanasek; Washington Mutual Inc; Thomas W Casey and Craig J Chapman pro hac vice. Receipt # 409588. (LMS, ) (Entered: 10/07/2004) |
| 10/07/2004 | 26 | WITHDRAWAL of Motion by Plaintiff South Ferry LP #2 re 5 MOTION to Consolidate Cases *Appointment of City of Pontiac as Lead Plaintiff, and for approval of Lead Counsel* filed by South Ferry LP #2, 10 MOTION to Consolidate Cases , *Appoint City of Pontiac as Lead Plaintiff, and Approve City of Pontiac's Selection of Lead Counsel* filed by South Ferry LP #2 (Driscoll, Tamara) (Entered: 10/07/2004) |
| 10/07/2004 | 27 | CERTIFICATE OF SERVICE by Plaintiff South Ferry LP #2 re 26 Withdrawal of Motion,. (Driscoll, Tamara) (Entered: 10/07/2004) |
| 10/07/2004 | 28 | REPLY, filed by Plaintiff South Ferry LP #2, TO RESPONSE to 6 MOTION Consolidation, Document Preservation and Lead Plaintiff and Counsel Appointment *on Behalf of The WaMu Investors Lead Plaintiff* |

| | | |
|---|---|---|
| | | *Group* (Feldman, Lori) (Entered: 10/07/2004) |
| 10/07/2004 | 29 | DECLARATION of Lori G. Feldman (Reply) in Further Support of the WAMU Investors Lead Plaintiff Group's Motion filed by Plaintiff South Ferry LP #2 re 6 MOTION Consolidation, Document Preservation and Lead Plaintiff and Counsel Appointment *on Behalf of The WaMu Investors Lead Plaintiff Group* (Feldman, Lori) (Entered: 10/07/2004) |
| 10/07/2004 | 30 | REPLY, filed by Plaintiff South Ferry LP #2, TO RESPONSE to 6 MOTION Consolidation, Document Preservation and Lead Plaintiff and Counsel Appointment *on Behalf of The WaMu Investors Lead Plaintiff Group* (Feldman, Lori) (Entered: 10/07/2004) |
| 10/07/2004 | 31 | AMENDED DOCUMENT PROPOSED ORDER FOR CONSOLIDATION, PRESERVATION OF DOCUMENTS, AND SETTING BRIEFING SCHEDULE by Plaintiff South Ferry LP #2. Amendment to 6 MOTION Consolidation, Document Preservation and Lead Plaintiff and Counsel Appointment *on Behalf of The WaMu Investors Lead Plaintiff Group and Proposed Order for Consolidation, Preservation of Documents, and Setting Briefing Schedule.* (Feldman, Lori) Text Modified on 10/8/2004 (LMS, ). (Entered: 10/07/2004) |
| 10/07/2004 | 32 | CERTIFICATE OF SERVICE by Plaintiff South Ferry LP #2 re 28 Reply to Response to Motion, 29 Declaration,, 30 Reply to Response to Motion, 31 Amended Document,. (Feldman, Lori) (Entered: 10/07/2004) |
| 10/14/2004 | 33 | APPLICATION by Defendants AND ORDER admitting Thomas J Nolan for Washington Mutual Inc; Kerry K Killinger; Thomas W Casey; Deanna W Oppenheimer; William W Longbrake; Craig J Chapman; James G Vanasek and Michelle McCarthy pro hac vice. Receipt # 409617. (LMS, ) (Entered: 10/14/2004) |
| 10/15/2004 | 34 | STIPULATED Proposed Pretrial Order No. 1 (LMS, ) (Entered: 10/18/2004) |
| 11/15/2004 | 35 | ORDER to Consolidate re 6 MOTION Consolidation, Document Preservation and Lead Plaintiff and Counsel Appointment *on Behalf of The WaMu Investors Lead Plaintiff Group* filed by South Ferry LP #2,, 10 MOTION to Consolidate Cases , *Appoint City of Pontiac as Lead Plaintiff, and Approve City of Pontiac's Selection of Lead Counsel* filed by South Ferry LP #2, by Judge John C Coughenour. (LMS, ) (Entered: 11/19/2004) |
| 11/29/2004 | 36 | MOTION Clarification of Order Dated November 15, 2004 (Entered on November 19, 2004) re 35 Consolidation Order - for Lead case only, *Applicable to All Related Actions Consolidated Herein* by Plaintiff South Ferry LP #2. Noting Date 11/29/2004. (Attachments: # 1 Proposed Order)(Feldman, Lori) (Entered: 11/29/2004) |
| 11/29/2004 | 37 | DECLARATION of Lori G. Feldman in Support of Motion for Clarification, and Exhibits A through E filed by Plaintiff South Ferry LP #2 re 36 MOTION Clarification of Order Dated November 15, 2004 (Entered on November 19, 2004) re 35 Consolidation Order - for Lead |

| | | |
|---|---|---|
| | | case only, *Applicable to All Related Actions Consolidated Herein* (Attachments: # 1 Exhibit F through J# 2 Certificate of Service) (Feldman, Lori) (Entered: 11/29/2004) |
| 11/30/2004 | 38 | ORDER Appointing Lead Plaintiffs and Approving Lead Plaintiffs' Selection of Counsel by Judge John C Coughenour. (LMS, ) (Entered: 12/01/2004) |
| 12/09/2004 | 50 | Letter from Tamara J. Driscoll re: removal of counsel. (LMS, ) (Entered: 12/16/2004) |
| 12/10/2004 | 39 | ORDER REGARDING DISCOVERY AND DEPOSITIONS by Judge John C Coughenour. (LMS, ) (Entered: 12/13/2004) |
| 12/13/2004 | 40 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Thomas W Casey on 7/30/2004 (McDermott, Douglas) (Entered: 12/13/2004) |
| 12/13/2004 | 41 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Craig J Chapman on 7/30/2004 (McDermott, Douglas) (Entered: 12/13/2004) |
| 12/13/2004 | 42 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Kerry K Killinger on 7/30/2004 (McDermott, Douglas) (Entered: 12/13/2004) |
| 12/13/2004 | 43 | SERVICE OF SUMMONS and Complaint returned executed upon defendant William W Longbrake on 7/30/2004 (McDermott, Douglas) (Entered: 12/13/2004) |
| 12/13/2004 | 44 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Michelle McCarthy on 7/30/2004 (McDermott, Douglas) (Entered: 12/13/2004) |
| 12/13/2004 | 45 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Deanna W Oppenheimer on 7/30/2004 (McDermott, Douglas) (Entered: 12/13/2004) |
| 12/13/2004 | 46 | SERVICE OF SUMMONS and Complaint returned executed upon defendant James G Vanasek on 7/30/2004 (McDermott, Douglas) (Entered: 12/13/2004) |
| 12/13/2004 | 47 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Washington Mutual Inc on 7/30/2004 (McDermott, Douglas) (Entered: 12/13/2004) |
| 12/14/2004 | 48 | MINUTE ENTRY for proceedings held before Judge John C Coughenour - Dep Clerk: *Mahnke*; Pla Counsel: *Feldman/McDermott*; Def Counsel: *Weiss/Kasner/Rummage/Graziano*; CR: *Palmerton*; **Status Conference** held on 12/14/2004. The deadline for filing an amended complaint is agreed upon to be 2/11/2005. A motion to dismiss is to be filed on or before 4/29/2005, the opposition is due 6/28/2005 and any reply is due 7/28/2005. Discovery is stayed pending resolution of the motion. If a further status conference is required counsel are directed to |

| | | |
|---|---|---|
| | | contact Julie Mahnke at 206-370-8805 to schedule the conference. (JM, ) (Entered: 12/14/2004) |
| 02/08/2005 | 51 | STIPULATION AND PROPOSED ORDER *Modifying Filing Deadlines* by parties. (McDermott, Douglas) (Entered: 02/08/2005) |
| 02/08/2005 | 52 | CERTIFICATE OF SERVICE by Plaintiff South Ferry LP #2 re 51 Stipulation *and [Proposed] Order Modifying Filing Deadlines*. (McDermott, Douglas) (Entered: 02/08/2005) |
| 02/09/2005 | 53 | MINUTE ORDER granting parties's stipulation modifying filing deadlines; pltfs' consolidated amended class action complaint due 3/1/05; dfts' motion to dismiss due 5/17/05; response due 7/18/05; reply due 8/16/05 by Judge John C Coughenour. (RS, ) (Entered: 02/09/2005) |
| 03/01/2005 | 54 | AMENDED COMPLAINT *(Consolidated) for Violations of the Federal Securities Laws, Part 1, pp. 1-33* against defendant all defendants, filed by South Ferry LP #2. (Attachments: # 1 Consolidated Amended Complaint, Part 2, pp. 34-60# 2 Consolidated Amended Complaint, Part 3, pp. 61-90# 3 Consolidated Amended Complaint, Part 4, pp. 91-103) (Feldman, Lori) (Entered: 03/01/2005) |
| 04/07/2005 | 55 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Douglas C McDermott for Plaintiff South Ferry LP #2. (Feldman, Lori) (Entered: 04/07/2005) |
| 04/07/2005 | 56 | CERTIFICATE OF SERVICE by Plaintiff South Ferry LP #2 re 55 Notice of Withdrawal of Counsel *Douglas C. McDermott*. (Feldman, Lori) (Entered: 04/07/2005) |
| 05/12/2005 | 57 | MOTION for Leave to File *Overlength Motion* by Defendants James G Vanasek, Michelle McCarthy, Washington Mutual Inc, Kerry K Killinger, Thomas W Casey, Deanna W Oppenheimer, William W Longbrake, Craig J Chapman. Noting Date 5/12/2005. (Attachments: # 1 Proposed Order # 2 Certificate of Service)(Rummage, Stephen) (Entered: 05/12/2005) |
| 05/17/2005 | 58 | ORDER granting 57 Motion for Leave to File Overlength Motion, by Judge John C Coughenour.(LN-B) (Entered: 05/17/2005) |
| 05/17/2005 | 59 | DECLARATION of Stephen M. Rummage in Support of Defendants' Motion to Dismiss 65 by Defendants James G Vanasek, Michelle McCarthy, Washington Mutual Inc, Kerry K Killinger, Thomas W Casey, Deanna W Oppenheimer, William W Longbrake, Craig J Chapman. (Attachments: # 1 Exhibit A, part 1# 2 Exhibit A, part 2# 3 Exhibit A, part 3# 4 Exhibit A, part 4# 5 Exhibit A, part 5# 6 Exhibit A, part 6# 7 Exhibit B, part 1# 8 Exhibit B, part 2# 9 Exhibit B, part 3# 10 Exhibit B, part 4# 11 Exhibit B, part 5# 12 Exhibit B, part 6# 13 Exhibit B, part 7# 14 Exhibit B, part 8)(Rummage, Stephen) Modified to create link on 5/18/2005 (DM, ). (Entered: 05/17/2005) |
| 05/17/2005 | 60 | EXHIBIT *C to Declaration of Stephen M. Rummage in Support of Defendants' Motion to Dismiss 65* by Defendants James G Vanasek, |

| | | |
|---|---|---|
| | | Washington Mutual Inc, Kerry K Killinger, Thomas W Casey, Deanna W Oppenheimer, William W Longbrake, Craig J Chapman. (Attachments: # 1 Exhibit C, part 2# 2 Exhibit C, part 3# 3 Exhibit C, part 4# 4 Exhibit C, part 5# 5 Exhibit C, part 6# 6 Exhibit C, part 7# 7 Exhibit C, part 8# 8 Exhibit C, part 9)(Rummage, Stephen) Modified to create link on 5/18/2005 (DM, ). (Entered: 05/17/2005) |
| 05/17/2005 | 61 | EXHIBIT *D and E to Declaration of Stephen M. Rummage in Support of Defendants' Motion to Dismiss* 65 by Defendants James G Vanasek, Washington Mutual Inc, Kerry K Killinger, Thomas W Casey, Deanna W Oppenheimer, William W Longbrake, Craig J Chapman. (Attachments: # 1 Exhibit D, part 2# 2 Exhibit D, part 3# 3 Exhibit D, part 4# 4 Exhibit E, part 1# 5 Exhibit E, part 2# 6 Exhibit E, part 3# 7 Exhibit Part, 4# 8 Exhibit E, part 5)(Rummage, Stephen) Modified to create link on 5/18/2005 (DM, ). (Entered: 05/17/2005) |
| 05/17/2005 | 62 | EXHIBIT *F, G, H, I, J, K to Declaration of Stephen M. Rummage in Support of Defendants' Motion to Dismiss* 65 by Defendants James G Vanasek, Washington Mutual Inc, Kerry K Killinger, Thomas W Casey, Deanna W Oppenheimer, William W Longbrake, Craig J Chapman. (Attachments: # 1 Exhibit F, part 2# 2 Exhibit F, part 3# 3 Exhibit F, part 4# 4 Exhibit F, part 5# 5 Exhibit G# 6 Exhibit H# 7 Exhibit I# 8 Exhibit J# 9 Exhibit K)(Rummage, Stephen) Modified to create link on 5/18/2005 (DM, ). (Entered: 05/17/2005) |
| 05/17/2005 | 63 | EXHIBIT *L, M, N, O, P, Q, R* to Declaration in support of Motion to Dismiss 65 by Defendants James G Vanasek, Washington Mutual Inc, Kerry K Killinger, Thomas W Casey, Deanna W Oppenheimer, William W Longbrake, Craig J Chapman. (Attachments: # 1 Exhibit M, part 1# 2 Exhibit M, part 2# 3 Exhibit N. part 1# 4 Exhibit N, part 2# 5 Exhibit O# 6 Exhibit P, part 1# 7 Exhibit P, part 2# 8 Exhibit Q, part 1# 9 Exhibit Q, part 2# 10 Exhibit R)(Rummage, Stephen) Modified to create link on 5/18/2005 (DM, ). (Entered: 05/17/2005) |
| 05/17/2005 | 64 | EXHIBIT *S, T, U, V, W, X, Y, Z to Declaration of Stephen M. Rummage in Support of Defendants' Motion to Dismiss* 65 by Defendants James G Vanasek, Washington Mutual Inc, Kerry K Killinger, Thomas W Casey, Deanna W Oppenheimer, William W Longbrake, Craig J Chapman. (Attachments: # 1 Exhibit S, part 2# 2 Exhibit T# 3 Exhibit U# 4 Exhibit V# 5 Exhibit W# 6 Exhibit X# 7 Exhibit Y + Z)(Rummage, Stephen) Modified to create link on 5/18/2005 (DM, ). (Entered: 05/17/2005) |
| 05/17/2005 | 65 | MOTION to Dismiss *Consolidated Amended Complaint* by Defendants James G Vanasek, Michelle McCarthy, Washington Mutual Inc, Kerry K Killinger, Thomas W Casey, Deanna W Oppenheimer, William W Longbrake, Craig J Chapman. Noting Date 8/19/2005.Oral Argument Requested. (Attachments: # 1 Certificate of Service)(Rummage, Stephen) (Entered: 05/17/2005) |
| 06/21/2005 | 66 | NOTICE of Appearance by attorney Clifford Allen Cantor on behalf of Plaintiff South Ferry LP #2 (Cantor, Clifford) (Entered: 06/21/2005) |
| | | |

| | | |
|---|---|---|
| 06/21/2005 | 67 | CERTIFICATE OF SERVICE by Plaintiff South Ferry LP #2 *Notice of Appearance*. (Cantor, Clifford) (Entered: 06/21/2005) |
| 06/24/2005 | 68 | NOTICE of Change of Address by Lori G Feldman (Feldman, Lori) (Entered: 06/24/2005) |
| 07/18/2005 | 69 | RESPONSE, by Plaintiff South Ferry LP #2, to 65 MOTION to Dismiss *Consolidated Amended Complaint*. Oral Argument Requested. (Cantor, Clifford) (Entered: 07/18/2005) |
| 07/18/2005 | 70 | CERTIFICATE OF SERVICE by Plaintiff South Ferry LP #2 re 69 Response to Motion *to Dismiss*. (Cantor, Clifford) (Entered: 07/18/2005) |
| 08/16/2005 | 71 | REPLY, filed by Defendants James G Vanasek, Michelle McCarthy, Washington Mutual Inc, Kerry K Killinger, Thomas W Casey, Deanna W Oppenheimer, William W Longbrake, Craig J Chapman, TO RESPONSE to 65 MOTION to Dismiss *Consolidated Amended Complaint* (Attachments: # 1 Certificate of Service)(Rummage, Stephen) (Entered: 08/16/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/01/2005 08:07:47 | | | |
| PACER Login: | mw0001 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:04-cv-01599-JCC |
| Billable Pages: | 9 | Cost: | 0.72 |